No. 338. JOHNSTON ET AL. *v.* JOHNSTON ET AL. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Messrs. Robert A. McIntyre* and *Minitree Jones Fulton* for petitioners. *Mr. Elliott Marshall* for respondents.

No. 361. CAFFEY, JUDGE, ET AL. *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark, Eugene Underwood,* and *Leonard J. Matteson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for the United States.

No. 362. HIRSCH IMPROVEMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Elliot A. Daitz* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Robert N. Anderson,* and *Carlton Fox* for respondent.

No. 372. NELSON *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William B. Mahoney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. William Strong* for the United States.

No. 381. SULLIVAN *v.* NEW YORK. October 16, 1944. Petition for writ of certiorari to the Court of Special Ses-